MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL (State Bar No. 257163)
cgonell@morganlewis.com
JOHN D. HAYASHI (State Bar No. 211077)
jhayashi@morganlewis.com
ALEXANDER L. GRODAN (State Bar No. 261374)
agrodan@morganlewis.com
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA ARMAS, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>vs.<br><br>JP MORGAN CHASE BANK, N.A.; and DOES 1 through 50,<br>                      Defendants. | Case No. 3:15-cv-00607<br><br>**DECLARATION OF ALEXANDER GRODAN IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Los Angeles

DB2/ 25738626.3

1

DECLARATION OF ALEXANDER
GRODAN IN SUPPORT OF REMOVAL

# DECLARATION OF ALEXANDER GRODAN

I, Alexander Grodan, hereby declare and state as follows:

1. I am a member of the California Bar and am admitted to practice before this Court. I am an associate with Morgan, Lewis & Bockius LLP, counsel of record for Defendant JPMorgan Chase Bank, N.A. ("Defendant" or "Chase"). I have personal knowledge of each of the matters set forth below, and, if called as a witness, I could and would testify to each of them under oath.

2. I have reviewed the same report of PeopleSoft data containing information about employees who worked as exempt Assistant Branch Managers in California between January 6, 2011, and February 4, 2015, that Linda Goldsmith reviewed in support of this removal. Based on the start and end date of each employee in the exempt Assistant Branch Manager job titles, I can estimate that these employees collectively worked in an exempt Assistant Branch Manager position in California over the course of at least 200,000 weeks between January 6, 2011, and February 4, 2015.

3. Reviewing the PeopleSoft data, I have located one individual who worked in the exempt Assistant Branch Manager position at some point between January 6, 2011, and February 4, 2015, who earned an hourly rate of $10.60. This is the lowest hourly rate that I can locate in the data.

4. Attached as **Exhibit A** is a true and correct copy of Plaintiff Selena Armas' Summary Profile, a Human Resources business record that Chase provided to me. Exhibit A reflects that Plaintiff's annual salary was $54,995.20, which is the equivalent of $26.44 per hour ($54,995.20 per year divided by 52 weeks in a year divided by 40 hours per week = $26.44).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 6, 2015 at Irvine, California.

Alexander Grodan

EXHIBIT "A"

**Summary Data**

## Summary Profile for Selena R Armas

Last Refreshed: Mon Dec 22 15:03:22 CST 2014

**Basic Employee Information**

| SID, GID/EmpIID | Status | Corp Title | Subs Title | Job Code/ Description | Department | Full/Part | Location | City,State Country |
|---|---|---|---|---|---|---|---|---|
| E706857, 95775M | Leave W/Py | | Asst Vice President | 100012/ Assistant Branch Manager | 741558 NOE VALLEY | Full-Time | WM2389 Noe Valley Floor: 01 | San Francisco, California United States |

**Personal/Current Job**

| Term Date | Term Reason | Company | Class | Std Hours | Std Days | Grade | Officer Code |
|---|---|---|---|---|---|---|---|
| | | 703 - JPMorgan Chase Bank, NA (SW) | X-Std EE | 40 | 5 | 502 | None |

**Employment**

| Bank Flag | Binding Arbitration Agreement | HR Indicator | Original Hire Date | Current Hire Date | Exp Return Date |
|---|---|---|---|---|---|
| JPMC (new) >01/01/05 | Y | N/A | 2013-MAY-20 | 2013-MAY-20 | |

**Department Hierarchy**

| Eff Date | Department | Hierarchy 1 | Hierarchy 2 | Hierarchy 3 | Hierarchy 4 |
|---|---|---|---|---|---|
| 2013-OCT-01 | 741558 - NOE VALLEY | R - Consumer & Community Banking | 034 - Consumer Banking | 041 - California Region | 035 - SF\Oakland |

**Salary**

| Eff Date | Action Reason | Currency | Comp Freq | Comp Rate | Increase Amt | Change % | Annual Rate | ABBR | Shift |
|---|---|---|---|---|---|---|---|---|---|
| 2013-SEP-16 | XFR | USD | Annual | 54,995.20 | 0.00 | 0.000% | 54,995.20 | 0.00 | N/A |

**Assignment Pay**

| Eff Date | End Date | Action Reason | FAP Amount | FAP Currency |
|---|---|---|---|---|

No information on file.

**Performance Rating**

| Review Date | Rating Scale | Performance Rating | Rating Description |
|---|---|---|---|
| 2014-FEB-01 | Rating Scale 3 | M | Meets |

**Education**

| Date Acquired | Degree | School | Major | Graduated |
|---|---|---|---|---|

No information on file.

# PROOF OF SERVICE

*Armas v. JPMorgan Chase Bank, N.A.*
USDC-Northern District of CA Case No. 3:15-cv-00607

I am a resident of the State of California, County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

On February 6, 2015, I served on the interested parties in this action the within document(s) entitled:

**DECLARATION OF ALEXANDER GRODAN IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

[ ]   **BY FAX:** by transmitting via electronic facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.; I also caused the fax machine to print such record(s) of the transmission.

[ X ] **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY OVERNIGHT MAIL:** By **FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

[ ]   **BY PERSONAL SERVICE:** I delivered to an authorized courier or driver authorized by First Legal Support to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

[ ]   **BY ELECTRONIC SERVICE:** the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files on February 6, 2015. The transmission was reported as complete and without error. My electronic notification address is 5 Park Plaza, Suite 1750, Irvine, California 92614. My e-mail address is pmartin@morganlewis.com.

[ ] **BY E-FILE**: I caused such documents to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert Ottinger, Esq. / Ori Edelstein, Esq.   Attorneys for Plaintiff
THE OTTINGER FIRM, P.C.                       SELENA ARMAS
930 Montgomery Street, #502
San Francisco, CA 94133
Phone: 415.262.0096
Fax: 415.520.0555
robert@ottingerlaw.com
ori@ottingerlaw.com

[ X ] **FEDERAL**: I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed on February 6, 2015, at Irvine, California.

_____
Patricia Martin

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 25738434.1

2

PROOF OF SERVICE