MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL (State Bar No. 257163)
cgonell@morganlewis.com
JOHN D. HAYASHI (State Bar No. 211077)
jhayashi@morganlewis.com
ALEXANDER L. GRODAN (State Bar No. 261374)
agrodan@morganlewis.com
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA ARMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>JP MORGAN CHASE BANK, N.A.; and DOES 1 through 50,<br>Defendants. | Case No. 3:15-cv-00607<br><br>**DECLARATION OF LINDA GOLDSMITH IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** |

# DECLARATION OF LINDA GOLDSMITH

I, Linda Goldsmith, declare as follows:

1. I currently serve as Managing Director, HR Bus. Partner, for Defendant JP Mortgage Chase Bank, N.A. ("Chase"). I have personal knowledge of the facts stated herein based on my review of Chase personnel records, and if called and sworn as a witness, I could and would testify competently to these facts.

2. I am informed and believe that Chase has a variety of job titles for exempt Assistant Branch Managers in California, including Assistant Branch Manager, Assistant Branch Manager – Sales, Assistant Branch Manager – Operations, Assistant Branch Manager In-Store III, and Assistant Branch Manager In-Store IV ("Assistant Branch Managers").

3. I am informed and believe that Chase maintains information about its current and former employees in its PeopleSoft database. I am informed and believe that the PeopleSoft database is the official record of an employee's job titles while employed by Chase. The PeopleSoft database also includes information about an employee's dates of employment, exemption status, and work location. I have access to this information and have reviewed a report generated from this database of current and former Assistant Branch Managers who were classified as exempt and worked in California between January 6, 2011, and February 4, 2015.

4. Based on my review of this spreadsheet, I estimate that at least 2,000 individuals held an Assistant Branch Manager job title in California between January 6, 2011, and February 4, 2015.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on February 6, 2015, at Pacific Palisades, California.

Linda Goldsmith

# PROOF OF SERVICE

*Armas v. JPMorgan Chase Bank, N.A.*
USDC-Northern District of CA Case No. 3:15-cv-00607

I am a resident of the State of California, County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

On February 6, 2015, I served on the interested parties in this action the within document(s) entitled:

**DECLARATION OF LINDA GOLDSMITH IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

[ ]  **BY FAX:** by transmitting via electronic facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.; I also caused the fax machine to print such record(s) of the transmission.

[ X ]  **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY OVERNIGHT MAIL:** By **FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

[ ]  **BY PERSONAL SERVICE:** I delivered to an authorized courier or driver authorized by First Legal Support to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

[ ]  **BY ELECTRONIC SERVICE:** the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files on February 6, 2015. The transmission was reported as complete and without error. My electronic notification address is 5 Park Plaza, Suite 1750, Irvine, California 92614. My e-mail address is pmartin@morganlewis.com.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 25738434.1

1

PROOF OF SERVICE

| | |
|---|---|
| 1 | [ ] **BY E-FILE**: I caused such documents to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: |
| 2 | |
| 3 | |

Robert Ottinger, Esq. / Ori Edelstein, Esq.   Attorneys for Plaintiff
THE OTTINGER FIRM, P.C.                       SELENA ARMAS
930 Montgomery Street, #502
San Francisco, CA 94133
Phone: 415.262.0096
Fax: 415.520.0555
robert@ottingerlaw.com
ori@ottingerlaw.com

[ X ] **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed on February 6, 2015, at Irvine, California.

_____
Patricia Martin

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 25738434.1

2

PROOF OF SERVICE