MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL (State Bar No. 257163)
cgonell@morganlewis.com
JOHN D. HAYASHI (State Bar No. 211077)
jhayashi@morganlewis.com
ALEXANDER L. GRODAN (State Bar No. 261374)
agrodan@morganlewis.com
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel:    949.399.7000
Fax:   949.399.7001

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA ARMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.; and DOES 1 through 50,<br><br>Defendants. | Case No. 3:15-cv-00607<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES**<br><br>[LOCAL RULE 3-15] |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

Pursuant to Northern District of California Local Rule 3-15, the undersigned, counsel of record for JPMorgan Chase Bank, N.A. ("Defendant") certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION |
|---|---|
| JPMorgan Chase Bank, N.A. | Defendant |
| JPMorgan Chase & Co. | Corporate parent of Defendant |
| Selena Armas | Plaintiff |

Defendant will advise this Court in the event it learns of any additional parties that must be identified pursuant to Local Rule 3-15.

Dated: February 6, 2015        MORGAN, LEWIS & BOCKIUS LLP

By   /s/Carrie A. Gonell
CARRIE A. GONELL
ALEXANDER L. GRODAN
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 25737375.1

1

CERTIFICATION OF INTERESTED PARTIES

## PROOF OF SERVICE

*Armas v. JPMorgan Chase Bank, N.A.*
USDC-Northern District of CA Case No. 3:15-cv-00607

I am a resident of the State of California, County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

On February 6, 2015, I served on the interested parties in this action the within document(s) entitled:

**DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES**

[ ]  **BY FAX:** by transmitting via electronic facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.; I also caused the fax machine to print such record(s) of the transmission.

[ X ]  **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY OVERNIGHT MAIL:** By **FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

[ ]  **BY PERSONAL SERVICE:** I delivered to an authorized courier or driver authorized by First Legal Support to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

[ ]  **BY ELECTRONIC SERVICE:** the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files on February 6, 2015. The transmission was reported as complete and without error. My electronic notification address is 5 Park Plaza, Suite 1750, Irvine, California 92614. My e-mail address is pmartin@morganlewis.com.

1
2  [ ]  **BY E-FILE**: I caused such documents to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:
3
4
5
6  Robert Ottinger, Esq. / Ori Edelstein, Esq.        Attorneys for Plaintiff
   THE OTTINGER FIRM, P.C.                             SELENA ARMAS
7  930 Montgomery Street, #502
   San Francisco, CA  94133
8  Phone: 415.262.0096
9  Fax: 415.520.0555
   robert@ottingerlaw.com
10 ori@ottingerlaw.com
11
12  [ X ]  **FEDERAL**: I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.
13
   Executed on February 6, 2015, at Irvine, California.
14
                                                    _____
15                                                  Patricia Martin
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 25738434.1

2

PROOF OF SERVICE