MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL (State Bar No. 257163)
cgonell@morganlewis.com
JOHN D. HAYASHI (State Bar No. 211077)
jhayashi@morganlewis.com
ALEXANDER L. GRODAN (State Bar No. 261374)
agrodan@morganlewis.com
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA ARMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.; and DOES 1 through 50,<br><br>Defendants. | Case No. 3:15-cv-00607<br><br>**DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF RELATED CASES**<br><br>[LOCAL RULE 3-12] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF RELATED CASES

DB2/ 25737364.1

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 3-12, Defendant JPMORGAN CHASE BANK, N.A. hereby submits that the following are potentially related cases:

- None.

Dated: February 6, 2015

MORGAN, LEWIS & BOCKIUS LLP

By /s/Carrie A. Gonell
CARRIE A. GONELL
ALEXANDER L. GRODAN
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# PROOF OF SERVICE

*Armas v. JPMorgan Chase Bank, N.A.*
USDC-Northern District of CA Case No. 3:15-cv-00607

I am a resident of the State of California, County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

On February 6, 2015, I served on the interested parties in this action the within document(s) entitled:

**DEFENDANT'S NOTICE OF RELATED CASES**

[ ]  **BY FAX:** by transmitting via electronic facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.; I also caused the fax machine to print such record(s) of the transmission.

[ X ]  **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY OVERNIGHT MAIL:** By **FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

[ ]  **BY PERSONAL SERVICE:** I delivered to an authorized courier or driver authorized by First Legal Support to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

[ ]  **BY ELECTRONIC SERVICE:** the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files on February 6, 2015. The transmission was reported as complete and without error. My electronic notification address is 5 Park Plaza, Suite 1750, Irvine, California 92614. My e-mail address is pmartin@morganlewis.com.

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Irvine

DB2/ 25738434.1

1

PROOF OF SERVICE

[ ] **BY E-FILE**: I caused such documents to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Robert Ottinger, Esq. / Ori Edelstein, Esq.<br>THE OTTINGER FIRM, P.C.<br>930 Montgomery Street, #502<br>San Francisco, CA 94133<br>Phone: 415.262.0096<br>Fax: 415.520.0555<br>robert@ottingerlaw.com<br>ori@ottingerlaw.com | Attorneys for Plaintiff<br>SELENA ARMAS |

[ X ] **FEDERAL**: I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed on February 6, 2015, at Irvine, California.

*/s/ Patricia Martin*
Patricia Martin

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 25738434.1

2

PROOF OF SERVICE