Robert Ottinger (SBN 156825)
Ori Edelstein (SBN 268145)
THE OTTINGER FIRM, P.C.
930 Montgomery Street, #502
San Francisco, CA 94133
415-262-0096
Fax: (415) 520-0555
Email: robert@ottingerlaw.com
Email: ori@ottingerlaw.com

Attorneys for Plaintiff
Selena Armas and for the proposed class of
similarly situated individuals

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA ARMAS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JPMORGAN CHASE BANK, NA, and DOES 1-50, <br><br> Defendants. | Case No. 3:15-CV-00607 <br><br> **STIPULATION TO DISMISS PURSUANT TO RULE 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties that have appeared in this action, that the above-entitled action is hereby dismissed without prejudice and without costs or fees against or between any party.

Dated: March 31, 2015                                       Dated: March 31, 2015

**THE OTTINGER FIRM, P.C.**                    **MORGAN, LEWIS & BOCKIUS LLP**

BY:*/s/ Ori Edelstein*                                      BY: */s/ Carrie Gonell*
    ROBERT OTTINGER                           CARRIE A. GONELL
    ORI EDELSTEIN

*Attorneys for Plaintiff*                                   *Attorneys for Defendant*
*Selena Armas and the Putative Class*                       *JPMorgan Chase Bank, N.A.*

### FILER'S ATTESTATION

I, Ori Edelstein, am the ECF user whose identification and password are being used to file Plaintiff Selena Armas' as well as Defendant JPMorgan Chase Bank, N.A.'s Stipulation to Dismiss. In compliance with L.R. 5-1(i)(3), I hereby attest that Carrie Gonell concurs in this filing.

Dated: 3/31/2015                                            */s/ Ori Edelstein*
                                                              Ori Edelstein

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____

_____
Hon. Joseph C. Spero
U.S. Chief Magistrate Judge for the
Northern District of California