UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SELENA ARMAS,

        Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

        Defendant.

Case No.  15-cv-00607-HSG

**ORDER**

On March 31, 2015, Plaintiff Selena Armas and Defendant JPMorgan Chase Bank, N.A. filed a stipulation and proposed order seeking to dismiss this action without prejudice and without costs or fees against or between any party. *See* Dkt. No. 9.  In those documents, counsel for Ms. Armas represents that it is counsel for both Ms. Armas and "the Putative Class."  Counsel for Ms. Armas has not been appointed as counsel for the putative class, provisionally or otherwise.  The parties are directed to refile their stipulation and proposed order without this designation.

**IT IS SO ORDERED.**

Dated:  April 9, 2015

                                      HAYWOOD S. GILLIAM, JR.
                                      United States District Judge