1  Robert Ottinger (SBN 156825)
2  Ori Edelstein (SBN 268145)
   THE OTTINGER FIRM, P.C.
3  930 Montgomery Street, #502
4  San Francisco, CA 94133
   415-262-0096
5  Fax: (415) 520-0555
6  Email: robert@ottingerlaw.com
   Email: ori@ottingerlaw.com
7
8  Attorneys for Plaintiff
   Selena Armas

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA ARMAS, individually and on behalf of all others similarly situated, | Case No. 3:15-CV-00607-HSG |
| Plaintiffs, | **STIPULATION TO DISMISS PURSUANT TO RULE 41(a)(1)(A)(ii)** |
| vs. | |
| JPMORGAN CHASE BANK, NA, and DOES 1-50, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties that have appeared in this action, that the above-entitled action is hereby dismissed without prejudice and without costs or fees against or between any party.

Dated: April 10, 2015                                  Dated: April 10, 2015

**THE OTTINGER FIRM, P.C.**                            **MORGAN, LEWIS & BOCKIUS LLP**

BY:*/s/ Ori Edelstein*                                 BY: */s/ Carrie Gonell*
    ROBERT OTTINGER                               CARRIE A. GONELL
    ORI EDELSTEIN

*Attorneys for Plaintiff*                              *Attorneys for Defendant*
*Selena Armas*                                         *JPMorgan Chase Bank, N.A.*

## FILER'S ATTESTATION

I, Ori Edelstein, am the ECF user whose identification and password are being used to file Plaintiff Selena Armas' as well as Defendant JPMorgan Chase Bank, N.A.'s Stipulation to Dismiss. In compliance with L.R. 5-1(i)(3), I hereby attest that Carrie Gonell concurs in this filing.

Dated: 4/10/2015                                       */s/ Ori Edelstein*
                                                                      Ori Edelstein

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____

                                            _____
                                            Hon. Haywood S. Gilliam, Jr.
                                            District Judge for the
                                            Northern District of California